UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Criminal No. 19-CR-1565 (DEA) |
| DONTE SNOW | **ORDER OF RELEASE AND CONDITIONS OF BAIL** |

This matter having been opened to the Court by a petition by United States Pretrial Services Officer Adrienne Smith for purposes of a bail review hearing, and Martha K. Nye, Assistant United States Attorney, appearing for the Government, and Wanda Akin, Esq., attorney for defendant Donte Snow appearing; and Ms. Akin having waived the appearance of defendant for purposes of this limited hearing, and the parties having agreed that pursuant to Title 18, United States Code, Section 3142(c), a combination of conditions exist to support the defendant's release from custody; and for the reasons stated by the Court on the record; and for good cause shown:

IT IS, therefore, on this 8th day of December, 2020

ORDERED that defendant shall be released from custody; and it is further

ORDERED that defendant shall be released on the following bail conditions of pretrial release, pending the disposition of the criminal matter:

1. Janette Moore shall serve as third party custodian.
2. Pretrial Services Supervision.
3. Surrender all passports/travel documents.  Do not apply for new travel documents.
4. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
5. Substance abuse testing and/or treatment as directed by Pretrial Services.
6. Mental Health testing and/or treatment as directed by Pretrial Services.
7. Maintain current residence or a residence approved by Pretrial Services.
8. Have no contact with any victims or witnesses.

9. No contact with co-defendants unless in the presence of Counsel.
10. Continue with school.

                                                s/DOUGLAS E. ARPERT
                                                HONORABLE DOUGLAS E. ARPERT
                                                United States Magistrate Judge