PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Donte Snow        Cr.: 21-00718-001
                                                        PACTS #: 6227191

Name of Sentencing Judicial Officer:   THE HONORABLE ZAHID QURAISHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/22/2023

Original Offense:   Count One: Possession with Intent to Distribute Fentanyl - 21 U.S.C. §§ 841(a)(1) and
                    § 841(b)(1)(C)

Original Sentence: 12 months probation

Special Conditions: Special Assessment, Fine, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Other Condition, No New Debt/Credit

Type of Supervision: Probation                    Date Supervision Commenced: 02/22/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On July 17, 2023, Mr. Snow submitted a urinalysis sample that tested positive
                    for cannabinoids (marijuana).

2                   Mr. Snow has failed to maintain compliance with the Court-ordered payment
                    schedule for the fine and special assessment set at a minimum of $25.00 per
                    month.

U.S. Probation Officer Action:

On July 17, 2023, a random urinalysis was administered that tested positive for cannabinoids (marijuana). Mr. Snow admitted to recent marijuana use. He also informed this officer that his medical marijuana card through the state of New Jersey is pending. He provided verification on the state website that shows the reason for the pending status is because it is awaiting payment. Mr. Snow has been made aware of the continued federal prohibition related to the use and possession of marijuana. If Mr. Snow is approved for the medical marijuana card, that information will be forwarded to the Court for review.

Regarding Mr. Snow's noncompliance with the payment schedule for the fine and special assessment, Mr. Snow has been instructed to immediately begin making the required minimum $25.00 monthly payments. If he fails to do so, or if an adjustment to the current payment schedule is warranted, the Court will be promptly notified. Mr. Snow's provided excuse for not making the payments previously was an increase in household expenses in addition to having to pay past due fines and tickets in Pemberton Township Municipal Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ANDREW E. SENATORE
Senior U.S. Probation Officer

/ as

APPROVED:

_____   07/26/2023
KEVIN M. VILLA                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

July 26, 2023
Date